**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBBIE VIEHMEYER,<br><br>                Petitioner,<br><br>      v.<br><br>C. GIBSON, Acting Warden,<br><br>                Respondent. | NO. SACV 11-01721 ODW (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: January 11, 2012

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE